IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEONARDO VALENTINA MATAMOROS,

Petitioner,

v. No. 1:26-cv-01987-KG-KRS

TODD BLANCHE, et al.,

Respondents.

**ORDER TO SHOW CAUSE**

Petitioner Leonardo Valentina Matamoros filed an Emergency Motion to Reopen Case and Enforce Habeas Order. Doc. 15, on October 2, 2026. Petitioner asserts that the Government failed to provide her a "constitutionally adequate bond hearing with seven days" of the Court's previous Order, Doc. 12. Doc. 15 at 1.

IT IS THEREFORE ORDERED that the Government shall file a response and show cause why the motion should not be granted and why Petitioner should not be released by 5:00 p.m. on October 8, 2026. By that same date, the Government shall also provide the Court with a transcript or audio recording of the bond hearing held in this matter. Petitioner's reply, if any, shall be filed within three business days after the Government's response is filed.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.